*Cox,* and *Joseph I. Nachman* for respondent.

No. 675. Dempsey, Administrator, *v.* Guaranty Trust Co. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lewis E. Pennish* for petitioner. *Messrs. James P. Dillie* and *Otis T. Bradley* for respondent.

No. 686. Miles National Farm Loan Association *v.* Federal Land Bank of Houston. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Scott Snodgrass* for petitioner. *Mr. Dan Moody* for respondent.

No. 689. Taylor Instrument Companies *v.* Fawley-Brost Company. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edward S. Rogers, William T. Woodson, Karl D. Loos,* and *Preston B. Kavanagh* for petitioner. *Mr. Albert I. Kegan* and *Mrs. Esther O. Kegan* for respondent. *Messrs. Will Freeman* and *C. B. Spangenberg* on behalf of the Brown Instrument Co., and *Messrs. Casper W. Ooms* and *E. S. Booth* on behalf of the Republic Flow Meters Co., filed briefs, as *amici curiae,* in support of the petition.

No. 693. Walling, Administrator, *v.* L. Wiemann Co. March 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Solicitor General Fahy* and *Mr. Douglas B. Maggs*